PETITION FOR WRIT OF CERTIORARI
TO COURT OF SPECIAL APPEALS
OF MARYLAND

September Term, 1982

*Decided October 4, 1982*

Submitted to: MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

## *ORDER*

Upon consideration of the petition for a writ of certiorari to the Court of Special Appeals in the above entitled case, it is

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, denied. See *Mont. Co. Bd. of Realtors v. Mont. Co.,* 287 Md. 101, 411 A.2d 97 (1980), *McCarthy v. Bd. of Education of A.A. Co.,* 280 Md. 634, 374 A.2d 1135 (1977) and *County Council v. Montgomery Ass'n,* 274 Md. 52, 333 A.2d 596 (1975).